In the Matter of the Administration of the Goods, Chattels and Credits of MARIE F. FUCHS, Deceased, Late of 71-59 Kessel Street, Forest Hills, Long Island, in the Said County of Queens, Deceased, Intestate, to Discover Certain Property

of Said Deceased, Claimed to Be Withheld. OTTO A. FUCHS, as Administrator, etc., of MARIE F. FUCHS, Deceased, Appellant; FRIEDA LAU, as Administratrix, etc., of MARIE F. FUCHS, Deceased, Respondent.— Decree of the Surrogate's Court of Queens county, dismissing discovery proceedings and decreeing that a mortgage certificate in the sum of $4,000 and a bank account in the Metropolitan Savings Bank in the sum of $600 were the property of respondent, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.